IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| TRISTAN MORGAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff,*<br><br>v.<br><br>STEVENSON BEER DISTRIBUTING COMPANY, LTD.,<br><br>*Defendant.* | CIVIL ACTION NO. 9:22-CV-00032<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice. [Dkt. 13]. The Court held a hearing to approve the settlement in this matter on August 16, 2022, with counsel for all parties present.

The Court, having considered the Parties' joint motion, the applicable law, and representations by counsel at the hearing, **FINDS** that this case presents a bona fide dispute under the FLSA, and that the settlement agreement is fair and reasonable as to all Parties and reflects an arms' length negotiation and compromise of the disputed claims.

It is therefore **ORDERED** the Parties' Joint Motion to Dismiss [Dkt. 13] is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The claims of Plaintiff Tristan Morgan are **DISMISSED WITH PREJUDICE**.

2. The claims of any putative collective action members are hereby **DISMISSED WITHOUT PREJUDICE**.

The Court retains jurisdiction to enforce the settlement agreement.

The Clerk of Court is directed to close the case.

**SIGNED this 17th day of August, 2022.**

Michael J. Truncale
United States District Judge